IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

SHEILA A. MANNIX,              )
                               )
          Plaintiff,           )
                               )
     v.                        )    No. 09 C 103
                               )    USCA No. 09-1468
LISA MADIGAN, et al.,          )
                               )
          Defendants.          )

                           MEMORANDUM

     This morning I received from my minute clerk a certified copy of a one-sentence order by Judge Posner dated May 11, 2009, with her handwritten notation:

          Did you ever get a copy of this?

All the personnel in my chambers seek to be meticulous about the handling of incoming documents, and I personally vet on a daily basis (and, if possible, seek to address promptly) all documents that are received here.  Regrettably, the existence of Judge Posner's order was totally unknown to me until this morning, and my minute clerk and secretary have assured me that neither of them was aware of the order's existence either--indeed, my minute clerk learned of the order only when she received a telephone call yesterday from a lawyer (who represents a party or parties being sued by Ms. Mannix) asking when I was going to respond to the order.  Unless some other information comes to the fore, it would seem that any mishandling of the matter that might have taken place at the clerical level occurred within the Court of

Appeals' office rather than here.

To turn to the subject matter of Judge Posner's remand order, I recall Ms. Mannix well. But as to the details of my orally-stated reasons for denying her in forma pauperis application (Dkt. 10 dated January 14, 2009) and for reconfirming that ruling in my February 12, 2009 order (Dkt. 20), I have immediately requested that my court reporter write up a transcript of those two proceedings. As soon as that is done, I will comply with Judge Posner's order.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date: June 25, 2009