IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEILA A.MANNIX,                        ) DOCKET NO. 09 C 103
                                        )
                        Plaintiff,)
                                        )
     vs.                                )
                                        )
LISA MADIGAN, ET AL.,                   ) Chicago, Illinois
                                        ) January 14, 2009
                        Defendants.) 9:00 o'clock a.m.


EXCERPT OF
TRANSCRIPT OF PROCEEDINGS BEFORE THE HONORABLE
MILTON I. SHADUR, Judge

APPEARANCES:

For the Plaintiff:
                    MS. SHEILA A. MANNIX
                    PRO SE

JESSE ANDREWS
Official Court Reporter – U. S. District Court
219 S. Dearborn Street
Chicago, Illinois  60604
(312) 435-6899

*    *    *    *    *    *

1        THE CLERK:  09 C 103, Mannix vs. Madigan.

2        MS. MANNIX:  Good morning, Judge Shadur.

3        THE COURT:  Good morning.  Pardon me for just a

4 minute.

5        There is no reason you have to be standing up,

6 because I want to talk about this.  And you will hear what I

7 have got to say, and then I will see what if anything you have

8 got to say.  Okay?  So if you want to be seated, please be

9 seated.  But I will tell you where we are, and then I may hear

10 from you.

11        MS. MANNIX:  Okay.

12        THE COURT:  Okay.

13        MS. MANNIX:  Thank you, sir.

14        THE COURT:  You can take your place.

15        Ms. Mannix, it's a little difficult to know where to

16 begin.  So in a sense the order of my comments may be a

17 bit arbitrary in terms of approaching the thing, but let me

18 take it from here.

19        This case makes me aware that to my regret I haven't

20 learned, despite many long years on the bench, that it's a

21 serious mistake to assume that a nonlawyer, however well

22 educated, is going to grasp the nuances of some technical

23 aspects of the law.  Last spring you came before me seeking

24 relief that was outside of the scope of federal subject

25 matter jurisdiction.  And the new Complaint that you have

*filed sent me back to read the transcripts of April 3*

*and April 18th. And I find -- I found that although*

*they contain a number of obvious errors in transcription, what*

*clearly emerged from them was that the deeply felt sense that*

*you have of having been dealt with unfairly made it difficult*

*for you to restrain yourself. You were, although I never hold*

*this against a party who is somewhat combative, you accused me*

*of bias and were really unable to understand the role, or more*

*accurately the lack of role of the federal courts in*

*addressing your grievance.*

*Now what you have done is to file a quite sprawling*

*Complaint that occupies just under 60 pages, and it's brought*

*against a like number of defendants, I think either 59 or 60.*

*I mean you have the Illinois Attorney General. You have got*

*the State's Attorneys both of Cook County and Lake County.*

*You have got the sheriffs of both Cook County and Lake County.*

*You got two circuit court clerks, again from two counties.*

*Two chief judges from two counties. A couple of past chief*

*judges in Lake County. You have got according to my count*

*another 26 judges. You have got according to my count 13*

*lawyers. You have got eight people in the category of*

*either psychiatrists or social workers. And then finally,*

*your ex-husband Dan Sheets, Senior.*

*Before I turn to the deficiencies that are obvious*

*in that kind of filing, I suppose that I should remind you*

*that whenever somebody files a Complaint you have to furnish a*

*separate copy for every defendant, as well as a separate*

*copy for the judge's chambers.  And at least the transmittal*

*note That I got from the Clerk's Office indicates that*

*you hadn't provided any such copies.*

*Now those requirements add to the other reasons*

*that -- that is, we have a system in the federal courts of*

*notice pleading.  And that applies to both plaintiffs and*

*defendants.  And what Rule 8 calls for, which is the one that*

*talks about general rules of pleading, is that in 8(a), which*

*talks about a pleading that states a claim for relief,*

*which obviously deals with the Complaint, must contain a*

*short and plain statement of the grounds for the court's*

*jurisdiction.  And a short and plain statement of the claim*

*showing that the pleader is entitled to relief.  And that's*

*a system unlike the state court system, which provides for*

*fact pleading, our system is one of notice pleading.  And so*

*obviously what I characterize as a "sprawling Complaint" is*

*something that does not comply with that, although we are*

*obviously less tough on laypersons, on nonlawyers in that*

*regard, because we have a most generous lens though which we*

*view what nonlawyers do.  But in substantive terms rather than*

*procedural terms, it's really hard to know where to*

*begin identifying issues in the filing.  There are just so*

*many ways in which you have misunderstood the mysteries of*

1 *RICCO, something that has confused a lot of lawyers over the*

2 *years.  But importantly you have, I think, quite brazenly*

3 *labeled the state court itself as a criminal enterprise.*

4 *That's just not so.*

5 *RICO requires the distinction between enterprise and*

6 *person.  Because in most circumstances it is the person who*

7 *violates RICO, the enterprise is very often the victim.  It's*

8 *the one that the person, the culpable person seeks to control*

9 *or to do other things to.  So that even though there has been*

10 *a lot of convictions, you know, of state court judges, the*

11 *idea that somehow that renders the Circuit Court a criminal*

12 *enterprise is just wrong.  And if you would look at*

13 *and understood 18 U.S.C. Section 1962 you would have*

14 *recognized that the place of the enterprise in the RICO*

15 *statute is that it's the victim rather than the criminal*

16 *perpetrator. You know when any judge is corrupt so as to be*

17 *the person who is referred to in Section 1962 that impacts in*

18 *a prohibitive way the enterprise -- that is, the court system,*

19 *the judge who perhaps maybe by the targets -- that is, of a*

20 *RICO prosecution or perhaps a civil claim.*

21 *Now interestingly I looked at your own what was*

22 *really characterized as a kind of concise summary in*

23 *paragraph 8, you say --*

24 *MS. MANNIX:  I an sorry, sir.  Where are you*

25 *looking?*

1        THE COURT:  Paragraph 8 you say --

2        MS. MANNIX:  Yes, sir.

3        THE COURT:  "The instance case is very complicated

4   by the defendants malicious design, but can be concisely

5   summed up with no disrespect whatsoever as a case of a

6   verified corrupt state court aided and abetted by

7   all responsible state, county and municipal entities," and

8   then you go on explaining Illinois Mom's families where the

9   victim of an abusive deadbeat ex-husband in conspiracy with

10  the ex-husband who wanted to avoid child support obligations

11  and so on.

12        You know you mistake the role of the federal courts

13  in that respect.  Let me just for one thing read to you from

14  Moore's Federal Practice, Volume 16 Section 106.05, and it

15  says:

16            "The law is not to be construed to confer

17            on federal courts jurisdiction over any

18            state law claim seeking the establishment

19            of divorce, alimony, equitable

20            distribution of marital property or child

21            custody decree."

22        And they cite in Moore's to a case that goes

23  back more than a century, In re Burress -- a different

24  Burress, by the way, B-u-r-e-s-s, that says:

25            "The whole subject of the domestic

1          relations, husband and wife, parent and

2          child belong to the laws of the states and

3          not the laws of the United States."

4          Much too much of what you assert goes far beyond any

5     individual claim that you have legal standing to advance.

6     And you also ignore entirely that this court -- any federal

7     court -- cannot and does not serve as an overseer of what our

8     Court of Appeals does.  You referred to something there

9     in paragraph 15, or the Illinois Appellate Court has

10    done something, something you refer to in paragraph 16.

11         Some years back our Court of Appeals, speaking

12    through Judge Posner in a case called United States against

13    Dunkel said: "Judges are not like pigs hunting for truffles

14    buried in briefs."  And what he was addressing there was the

15    fact that it is not really our role to try to parse through

16    this kind of extended treatment and try to figure out is

17    there maybe in all of this -- well, let me put it:  It's not a

18    court's responsibility to be wading through a kind of turgid

19    rhetoric like the miner in the California Gold Rush a century

20    and a half ago scrutinizing the gravel that's being panned out

21    to see if there any stray gold nuggets there.  And I don't go

22    through the massive sources outside of a Complaint that a

23    litigant likely states are being "incorporated by reference."

24    That's what you do at paragraphs 49 through 54.  This

25    Complaint is such a blatant violation of Rule 8(a) that I am

1 *not going to entertain it in this form.*

2 *You know I don't mean to be sardonic.  If you want*

3 *write a book, you ought to find a publisher.  If you want the*

4 *United States Attorney to initiate some RICO prosecution, you*

5 *go to that office.  Although I don't want to be*

6 *misunderstood as somehow speaking to all of the problems posed*

7 *by your attempted invocation of RICO, my look at your*

8 *statement of alleged injuries, which is page 51 and following*

9 *of your Complaint prompts me to call to your attention the*

10 *fact, among other things, that civil RICO claims are subject*

11 *to a four-year statute of limitations.  So the references that*

12 *are made there to claims attributable to conduct of 2002 or*

13 *earlier, to 2003 or 2004 are matters that would be barred by*

14 *limitations in any event.*

15 *Now all of this is -- I want to emphasize that what*

16 *I tried to do here is to explain in the best manner without*

17 *seeking to give offense, really, that is deeply felt as your*

18 *concerns are, they just do not justify what you are seeking to*

19 *do here.*

20 *Our Supreme Court, hard to realize this, 20 years*

21 *they did this, issued an opinion called Nietzke against*

22 *Williams.  490 U.S. 319 --*

23 *MS. MANNIX:  Excuse me, sir.  Could you please*

24 *restate the citation?*

25 *THE COURT:  It's 490 319, a 1988 case.  Nietzke is*

1  N-i-e-t-z-k-e, against Williams.  An opinion that confirmed

2  the fact that judges who are confronted with a set of

3  allegations clearly do not -- it is not just a matter of not

4  stating a claim -- but that clearly cannot be characterized as

5  grounded in fact.  The idea that this is a massive conspiracy

6  of the kind that you are talking about that supports RICO,

7  falls in the category that Nietzke at page 327 gives judges

8  the unusual power to pierce the veil of a Complaint actual

9  allegations and dismiss claims whose factual contentions are

10  clearly basely.  And it goes on as criticizing in that case

11  claims that describe what they call "fantastic or delusional

12  scenarios, claims with which federal district judges are all

13  too familiar."

14         Now I am not going to say that "delusional" is the

15  thing that fits here.  What I am saying is that the idea of

16  reshaping a grievance, or a grievance of the kind that you are

17  talking about in a way that seeks to bring into play the

18  federal court system and to take RICO as the vehicle for doing

19  so just is not sound.

20         Now you know one of the other things that

21  demonstrates what I have said is that you come in and you

22  ask for a protective order.  Now the protective order, you

23  know again you are mistaken what it is that federal courts

24  typically do for the efforts that you have been unsuccessful

25  in pursuing at the state court level.  We don't enter

*protective orders, for example, against oppressive domestic*

*relations problem, things that stem from domestic relations*

*problems.  That's just not the place for a federal court*

*system.  And accordingly my sense is that, although I mean no*

*disrespect to your efforts, that you just do not justify in*

*all of your thick filings here the idea of proceeding on the*

*basis that you have sought to in this system.  And accordingly*

*I am just not going to grant leave to proceed in forma*

*pauperis, I am not going to appoint counsel.  I am simply,*

*unless I have somehow missed the boat totally, I am simply*

*going to be dismissing this Complaint on the kind of ground*

*that Nietzke says it's permissible for a federal court*

*confronted with the allegations of this kind.  And that's my*

*say.*

*MS. MANNIX:  Thank you, sir.  If I may please humbly*

*state that your comments are in part correct, because -- but*

*your characterization of the pleading is in part correct that*

*I assert the wrong reasons.  And may I humbly state, sir,*

*respectfully, that you have missed the boat and I will tell*

*you why specifically.*

*On the first point that I understand completely*

*that at first blush someone filing a 60 defendant motion --*

*Complaint -- is immediately going to cause an apt reaction in*

*any reader when one is dealing with four grounds of a*

*well-oiled scheme involving six groups of conspirators that I*

can prove beyond a shadow of a doubt that will end up with

this kind of a document.

        Now please don't react yet, sir.

        THE COURT:  I am not.

        MS. MANNIX:  Okay.  Please, sir, please,

respectfully.  The reality is that I understand the gravity of

what's here, and that's why I wrote too much.  Because I

needed to put it in a book having full knowledge of Rule 8

because of the immensity of the action.  And that's why on the

bottom at page 20 in my footnote number 5, after I quote U.S.

vs. Murphy, 768 F. 2d 1518 of the Seventh Circuit, which

states and I quote, "The enterprise here is the Circuit

Court -- is the Cook County Circuit Court."  I state this is

ridiculous that I have to bring this forward.  Please

don't jump in yet, because I haven't made my point.

        THE COURT:  You are just dead wrong.

        MS. MANNIX:  Okay.  They have to make that point.  I

can tell you later --

        THE COURT:  Ms. Mannix --

        MS. MANNIX:  Sir, please let me finish.

        THE COURT:  Now Ms. Mannix --

        MS. MANNIX:  Judge Shadur, I state that the Circuit

Court is separate from the entity in the check list answers,

and you apparently missed that.

        THE COURT:  No, I didn't miss that.

1          MS. MANNIX:  Look then -- may I draw your attention
2   to something specific, sir?  I beg your indulgence.  Please
3   draw your attention, please, sir, to page 46, please, sir, top
4   of the page check list question 7.  "State and describe in
5   detail that you are alleging that the pattern of racketeering
6   activity and enterprise are separate or have merged into one
7   entity."  I answered that check list question that you gave
8   me, and I stated at the top of page 46, check list question 7,
9   "Again they are separate."

10          THE COURT:  I know --

11          MS. MANNIX:  So I don't understand how you can come
12  out and say that I think that the court -- when I made that
13  statement that it's a "criminally corrupt court", I said it to
14  make a concise statement.  I clarified in the check list
15  question and those answers that it's separate from the normal,
16  healthy operations of the Circuit Court.  I state
17  specifically --

18          THE COURT:  Just a minute.

19          MS. MANNIX:  -- that the defendants are separate.

20          THE COURT:  Just a minute .

21          MS. MANNIX:  Yes, sir.

22          THE COURT:  Will you listen to me?

23          MS. MANNIX:  Of course, sir.

24          THE COURT:  All right. Paragraph 35 of

25  your Complaint --

1          MS. MANNIX:  Just a minute.  Yes, sir.

2          THE COURT:  -- begins by saying and cites Murphy for

3   the fact, "The Seventh circuits Court of Appeals held that the

4   Circuit Court of Cock county is a criminal enterprise."  Now

5   that's just false.  It's not true.

6          MS. MANNIX:  Yes, but --

7          THE COURT:  And that's what I was referring to.  And

8   don't tell me about how you have complied --

9          MS. MANNIX:  Okay.  Wait a second.  Sir, we have got

10  a problem here.  This is a direct quote from Murphy.  This is

11  a direct quote from Murphy.  So what have I said wrong?

12         THE COURT:  What does it say?

13         MS. MANNIX:  The enterprise here was the Circuit --

14  Cook County Circuit Court.

15         THE COURT:  It doesn't say that it's a criminal

16  enterprise.  Do you understand?  No, you don't understand.

17         MS. MANNIX:  Of course I understand.  You are

18  absolutely right.  I misspoke there.  Thank you for pointing

19  that out.  But I specifically repeatedly corrected my mistake.

20         THE COURT:  Well, look --

21         MS. MANNIX:  Judge Shadur, please listen.

22         THE COURT:  No.  I am sorry.  You know --

23         MS. MANNIX:  I made a typo.

24         THE COURT:  It's not a typo.

25         MS. MANNIX:  Yes, it is.  It's a criminal

1   enterprise and it's a racketeering enterprise, they are

2   separate from -- they are two different enterprises. I stated

3   that repeatedly, sir.

4           THE COURT:  And you repeated the criminal

5   enterprise, but that's not the issue.

6           MS. MANNIX:  Where?

7           THE COURT:  That's not the issue.  Let me try again.

8           MS. MANNIX:  No, sir, stop.  I have to regroup here

9   for a minute.  Please wait, I beg you, humbly and

10  respectfully, sir.  Because I value you and your opinion.  And

11  I agree.  I agree.  Because what was confusing to me is when

12  they call a racketeering enterprise, and then they

13  use legitimate business enterprise, and that' became confusing

14  to me.  And I agree with you.  And I am specifically stating

15  now as detailed in my check list answers that the legitimate

16  State of Illinois and subsidiary business enterprises, for

17  example, the Circuit Court of Cook County, the Circuit Court

18  of Lake County, the sheriff's office, the State's Attorney's

19  office, that the U.S. Murphy case law, and the U. S. vs.

20  Warner and Ryan case law that I stated on page 20 says that

21  these things are the legitimate business enterprises and are

22  legitimate legal entities.  And then the racketeering

23  enterprise is operating within the normal procedures of

24  this legitimate enterprise and corrupting them, and

25  manipulating them in unlawful activities -- pattern of

1  racketeering activities.

2       So, sir, I do grasp these.  And you jumped on that

3  and I appreciate that you jumped on that.  But the bottom line

4  is that I have gotten bribery scheme ruling, and the real gist

5  of this is in the appendices, Appendix A.  And the fact that

6  your monologue -- I am sorry.  I am probably using the wrong

7  word.

8       THE COURT:  That's all right.

9       MS. MANNIX:  In your statement you didn't even refer

10 to Appendix A.  You didn't refer to the fact that I can

11 detail wire fraud.  I can detail mail fraud.  And that the

12 last -- the tolling of the predicate acts does not begin, that

13 it's ongoing.  So I understand what you are saying.  And what

14 I am stating is I did write a book.  Because I know that this

15 is a serious, serious situation, and involved many

16 individuals, and that I do understand the elements of RICO,

17 and that I misstated when I said that the Circuit court itself

18 is a criminal enterprise, and that I stated it correctly in

19 my check list answers.

20      Now the bottom line is that I am kind of disturbed

21 sir, honestly, because you know, that I have the bribery

22 scheme ruling.  And for you once again to digress into the --

23 you know the domestic expectation stuff, when this is a

24 RICO action is very disappointing to me, sir, honestly.  And

25 you acknowledged that when I was before you before.

1          THE COURT:  You might be disappointed.  But if you

2 want another audience you may seek one, but not here.

3          MS. MANNIX:  Sir, please.

4          THE COURT:  Let me try for a moment, if I may.

5          MS. MANNIX:  No.  I don't understand then.

6          THE COURT:  Now let me --

7          MS. MANNIX:  Please look at me.  Can I please ask

8 you to at me when you speak to me?

9          THE COURT:  Let me speak, please.

10          MS. MANNIX:  Yes, sir.

11          THE COURT:  You know my nature generally is

12 non-confrontational.  I have tried to be moderate in terms

13 of characterizing what has been filed here, but you are

14 so deeply imbued with the sense of injustice -- and I don't

15 for a moment question that, and indeed I make no comment at

16 all as to whether you sense of injustice in terms of what you

17 think has happened to you is -- I am not suggesting that

18 that's unjustified, I am not dealing with that at all.  But

19 what I am saying is that the manner in which you have sought

20 to shape this just is at odds with the kind of teaching of

21 what it is we have to put up with in these terms.  And that

22 is, if you want me to put a label on it, I will indeed,

23 although I tried to avoid that before, I do characterize

24 this -- and when I say "this" I am talking about the idea

25 of saying that this is a massive conspiracy in which

1    everybody has you in the crosshairs, and that this applied to

2    the multitude of people that you have named here, I do find

3    that in the category of what is called in Nietzke -- I forget

4    the precise terms, but I think it's "fantastic and

5    delusional."

6              MS. MANNIX:  Your Honor, please sir.

7              THE COURT:  I am sorry.  Look.

8              MS. MANNIX:  Are you going to talk first.  Okay.

9              THE COURT:  Just a minute.  Ms. Mannix --

10             MS. MANNIX:  Okay.

11             THE COURT:  Do you know how much time I have spent

12   trying to go through this thing to see whether you have

13   some kind of legitimate thing that's sort of the thing that

14   our Court of Appeals says that "It's not incumbent on us to be

15   like pig hunting for truffles?"  I spent hours on this one.  I

16   came to a conclusion.  I did that in a reasoned way.  I have

17   tried to explain it in a reasoned way.  And the short answer

18   is I am denying the motion to file this because it does not

19   satisfy the standards.

20             MS. MANNIX:  Okay.  Can I just ask you if you

21   would --

22             THE COURT:  If you want to take that to a higher

23   court --

24             MS. MANNIX:  No, sir.

25             THE COURT:  -- be my guest.

1          MS. MANNIX:  I am asking -- sir, please don't be

2   upset.  I appreciate the time you have given me deeply.

3   Please don't -- please don't --

4          THE COURT:  You really have not.

5          MS. MANNIX:  Sir --

6          THE COURT:  -- I am sorry to say.

7          MS. MANNIX:  But you keep being fair, sir.

8          THE COURT:  You really do not appreciate the time

9   that I have spent On this one.

10          MS. MANNIX:  Sir, in all honesty, I greatly

11   appreciate it.  And I am sorry that you feel that I don't.  I

12   have dealt with eight federal judges and you are the first

13   judge who has shown character to deal with this with me, and I

14   deeply appreciate it.  And I say that with all sincerity.  I

15   don't say things like that without being sincere.

16          Now I need to ask you, did you look at Appendix A?

17          THE COURT:  I looked at the whole thing.

18          MS. MANNIX:  Okay.

19          THE COURT:  I did indeed.  I went through it page by

20   page laboriously.  You cannot -- in a sense you see you

21   participated in -- and I am not faulting you for this, by the

22   way -- you participate in a kind of overkill.  You see what --

23          MS. MANNIX:  But I did.  You see, that must be the

24   problem, because I knew I was writing a book, but I needed to

25   get your attention.

1        THE COURT:  Ms. Mannix, listen to me for a minute.

2        MS. MANNIX:  Yes, sir.

3        THE COURT:  You see, I gave you the first time that

4   you were here the reference to the kind of check list that a

5   couple of judges in the east had set up, because of the fact

6   that so many people have a great deal of difficulty in

7   following, and understandable it is arcane.  You know I wrote

8   some of the earliest opinions on civil RICO -- it's very

9   complex.  And I gave that as a matter of information.  But you

10  see that's not part of the Complaint.  What that is intended

11  to do and I am not faulting you for this, because you

12  obviously misunderstood when you did that -- but what that's

13  intended to do is to be the internal check list for the person

14  who is seeking to invoke RICO, that then guides the drafting

15  of the complaint.  So that given us all of the particulars in

16  the complaint about, "Yes, it satisfies this," or, "No, it

17  doesn't satisfy that," is really surplusage in that sense, but

18  I appreciate your efforts in doing it.  But what it has done,

19  frankly, is simply to expose the legal insufficiency of what

20  you have done.  And I have -- I don't know how to --

21        MS. MANNIX:  Sir --

22        THE COURT:  All of us gets troubling when I suppose

23  we repeat ourselves.  But I can tell you I considered this.  I

24  considered it at great length.  And I am just not in a

25  position which I can grant what has been requested here, which

1 is --

2          MS. MANNIX:  Sir.

3          THE COURT:  -- leave to proceed, because under our

4 Court of Appeals teaching the question of whether somebody

5 qualifies for in forma pauperis treatment depends on two

6 factors, not simply the inability to pay, which is one part of

7 it as suggested by this label in forma pauperis.  But also

8 the assertion of an arguably viable Complaint.  One that does

9 not fail the test.

10          MS. MANNIX:  Okay.  I understand that.  Just a

11 moment, because I am processing.  And I deeply appreciate your

12 help and your time and everything.

13          Sir, my Complaint literally -- okay, wait.  Based on

14 your comments, I believe that I derailed you.  And I believe

15 I definitively backed up my factual -- especially bribery

16 scheme ruling, that your conclusion is based on my verbosity

17 and writing the book because I overkilled.  And the Complaint

18 really starts at page 30.  And the --

19          THE COURT:  I detected that.

20          MS. MANNIX:  Yes.

21          THE COURT:  Yes.

22          MS. MANNIX:  So you understand that 30 pages of me

23 trying to get through --

24          THE COURT:  I don't know whether 30 is the right

25 one, but I had noticed the same thing, that it was well along

1 *before we really go into what is sought to be characterized as*
2 *a Complaint. But the point is I have evaluated that, and I*
3 *have told you my conclusion, and that's the end of it.*

4 *MS. MANNIX: Yes. But sir, that does make sense,*
5 *because we have the bribery scheme. And I am asking you to*
6 *please, sir, give me leave to amend the Complaint, take out*
7 *all of excess malarkey that I put in there, because I am pro*
8 *se, and I feel like I am behind the eight ball, and to just go*
9 *forward definitively with the bribery scheme ruling that we*
10 *have been got in the First District Court, and just come in*
11 *with a clear and concise statement pursuant to Rule 8. And I*
12 *swear, your Honor, on God I swear that I will do a Complaint*
13 *-- an Amended Complaint -- that meets the elements of what*
14 *you require. And I swear I can do it, sir.*

15 *THE COURT: I can't give you leave to file an*
16 *Amended Complaint. I have dismissed this one.*

17 *MS. MANNIX: Oh.*

18 *THE COURT: Just a minute.*

19 *MS. MANNIX: I am sorry. I get intense.*

20 *THE COURT: If you want to try again with a new*
21 *Complaint, you may try to tender it. But I want to assure you*
22 *that unless you surmount -- and I am not sure how you can do*
23 *that -- unless you can surmount the kind of hurdles that I*
24 *identified for you, any efforts at an Amended Complaint is*
25 *going to suffers the same fate.*

1          MS. MANNIX:  Okay.  Well, I have to ask you some
2  specific questions.  Number one, if --

3          THE COURT:  I am sorry.  You know one of the things
4  that happens to us when we take the vows of poverty and take
5  the federal bench is that we do not give advisory opinions.
6  Article III says no.  And I am not -- I have already
7  expressed the deficiencies at greater length, and I am not in
8  a position in which I start answering "What if this, or "What
9  if that?"  This Complaint has failed for the several reasons
10 that I have talked about.  And my order today is one in which
11 I deny leave to proceed in forma pauperis for the reasons that
12 I have expressed.  And if --

13         MS. MANNIX:  So where does the bribery scheme --

14         THE COURT:  -- you are going to essay
15 something further --

16         MS. MANNIX:  Sir, where does the bribery scheme
17 really fit into what you are saying?  Because right there,
18 sir, I do believe, respectfully, that you missed the boat.
19 How can you in good conscience be saying what you are saying
20 when the First District Appellate Court stated "Doctor Mannix
21 produced C -- meaning me -- "produced direct
22 evidence regarding several judges involved in a
23 bribery scheme."  How in good conscience can you be saying
24 what you are saying, sir?

25         THE COURT:  That --

1          MS. MANNIX:   I don't understand.

2          THE COURT:    You -- in a sense I read that opinion

3    as well.  And you have unfortunately somewhat mischaracterized

4    what the Court dealt with there.  Because they were -- that

5    was an in passing comment that talked about your having

6    identified -- and of course all of us know from the indictment

7    that took place in what has become known as Operation

8    Greylord, that there were a lot of corrupt judges over in the

9    State court that ended up having been subjected to -- some of

10   them to prison terms, a lot of prosecution.  But that does

11   not of itself create a claim for you.  Now that's enough, and

12   I have had it.  That's my order.

13         MS. MANNIX:   I appreciate all of your time, sir, and

14   I will be back.

15         THE COURT:   Thank you.

16     (WHICH WERE ALL OF THE PROCEEDINGS HAD AT THE HEARING OF
       THE ABOVE-ENTITLED CAUSE ON THE DAY AND DATE AFORESAID.)
17
                   C E R T I F I C A T E
18
     I HEREBY CERTIFY that the foregoing is a true and correct
19   transcript from the report of proceedings in the
     above-entitled cause.
20
     /S/JESSE ANDREWS
21   JESSE ANDREWS, CSR
     OFFICIAL COURT REPORTER
22   UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF ILLINOIS
23   EASTERN DIVISION
     DATED:  January 19, 2009

24

25