IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SHEILA A. MANNIX,            )
                             )
        Plaintiff,           )
                             )
    v.                       )    No. 09 C 103
                             )    USCA No. 09-1468
LISA MADIGAN, et al.,        )
                             )
        Defendants.          )

## MEMORANDUM

Sheila Mannix ("Mannix") has filed with this District Court a motion seeking leave for Bret Landrith, whom she identifies as a disbarred Kansas lawyer, to file his appearance on her behalf. But because neither Case NO. 09 C 103 (which is pending on appeal before our Court of Appeals as its Case No. 09-1468) nor any other proceeding involving Mannix is pending on this Court's calendar, it lacks jurisdiction to entertain Mannix's motion. This Court notes, however, that Mannix has filed a parallel motion before the Court of Appeals, so that Court may elect to deal with Mannix's motion there.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 28, 2009